UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

Tseui Yih Hwa,

        Appellant(s),

   -against-

Summer Ridge Group Ltd., et al.,

        Appellee(s),

------------------------------------------------------------x

20 Civ. 6268 (CM)(JCM)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/17/2020

## ORDER

McMahon, J.:

    The Court has set the following briefing schedule on this Bankruptcy appeal. Appellant's brief and record due September 22, 2020; Appellees' opposition brief is due November 3, 2020; Appellant's reply brief is due November 17, 2020.

SO ORDERED:

_____
Chief U.S.D.J.

Dated: August 17, 2020
New York, New York